1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

JOAN ELLIOTT,

                    Plaintiff,

          v.

HAL ANTILLEN N.V., et al.,

                    Defendants.

C19-1399 TSZ

MINUTE ORDER

12

13

          The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14

          (1)     The parties' stipulated motion, docket no. 14, to continue the trial date and
related deadlines, is GRANTED as follows:

15

16

17

18

19

20

21

| **JURY TRIAL DATE (4-5 days)** | **September 20, 2021** |
| --- | --- |
| Deadline for amending pleadings **remains** | September 21, 2020 |
| Disclosure of expert testimony | May 3, 2021 |
| Discovery motions filing deadline | June 10, 2021 |
| Discovery completion deadline | July 2, 2021 |
| Dispositive motions filing deadline | July 8, 2021 |

22

23

MINUTE ORDER - 1

| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | July 15, 2021 |
|---|---|
| Motions in limine filing deadline | August 19, 2021 |
| Agreed pretrial order due | September 2, 2021 |
| Trial briefs, proposed voir dire questions, and jury instructions due | September 2, 2021 |
| Pretrial conference | September 10, 2021 at 1:30 p.m. |

The provisions of the Minute Order Setting Trial and Related Dates, docket no. 12, concerning any alteration of the case schedule and the need for counsel to be prepared to commence trial on the date set, the agreed pretrial order and the form of the exhibit list to be included therein, the numbering of trial exhibits, and immediate communication to the Court of any settlement remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of July, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2